**ADVANCED CARDIOVASCULAR SYSTEMS, INC. (now known as Abbott Cardiovascular Systems Inc.) and Guidant Sales Corporation (now known as Abbott Laboratories Inc.), Plaintiffs–Appellees,**

v.

**MEDTRONIC VASCULAR, INC. (also known as Medtronic Ave, Inc.) and Medtronic USA, Inc., Defendants–Appellants.**

Nos. 2009–1014, 2009–1038.

United States Court of Appeals, Federal Circuit.

July 30, 2009.

---

J. Michael Jakes, Michael A. Morin, Andrew Joseph Vance, James R. Barney, Finnegan, Henderson, Farabow, Washington, DC, for Plaintiffs–Appellees.

Mark A. Perry, Minodora D. Vancea, Indraneel Sur, Gibson, Dunn & Crutcher LLP, Washington, DC, for Defendants–Appellants.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).